IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAMIE ARNETT** | * | Case No. 3:21-cv-00132 |
| Plaintiff | * | Judge James R. Knepp, II |
| v. | * | **STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE** |
| **CASCADE CORPORATION** | * | |
| Defendant | * | Francis J. Landry (0006072) **WASSERMAN, BRYAN, LANDRY & HONOLD, LLP** |
| | * | 1090 W. South Boundary St Suite 500 |
| | * | Perrysburg, Ohio 43551 |
| | * | Telephone: (419) 243-1239 Facsimile: (419) 243-2719 |
| | * | Email: FLandry308@aol.com Attorney for Plaintiff |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant, with prejudice, with the provision that each party bear his/its own costs.

1

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice. It is further **ORDERED, ADJUDGED AND DECREED** that each party shall bear his/its own costs.

| **IT IS SO STIPULATED:** | **IT IS SO ORDERED:** |
|---|---|
| /s/Francis J. Landry<br>Francis J. Landry<br>Attorney for Plaintiff,<br>Jamie Arnett | _____<br>U.S. District Judge |
| /s/ Susan Chae*<br>Susan Chae<br>One of the Attorneys for Defendant,<br>Cascade Corporation<br>**\*consent per email 9-26-2021** | 9/28/2021<br>Date |

.

## NOTICE OF SERVICE

I hereby certify that on May 3, 2021 a copy of the foregoing Plaintiff's Status Report was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          **WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**

                                                            /s/ Francis J. Landry<br>
                                                           Francis J. Landry, Attorney for Plaintiff